## No. 4624.

THE STATE ex rel. NELSON & POPPLETON *v.* JUDGE OF THE SIXTH DISTRICT COURT, PARISH OF ORLEANS.

Where the defendant, after pleading to the merits, made a reconventional demand, and the judge refused to fix the cause for trial unless the *defendant* should give security for costs; Held—That there is no known law or practice which could justify his conduct, and that none had been referred to by said judge.

APPLICATION for a Mandamus on *Saucier*, Judge of the Sixth District Court, parish of Orleans. *George L. Bright*, for relator.

Justices concurring : Ludeling, Howell and Morgan.

LUDELING, C. J. The suit of the New Orleans and Bay Island Company *v.* Nelson & Poppleton is pending in the Sixth District Court. The defendant, after pleading to the merits, made a reconventional demand.

The Judge of the Sixth District Court refuses to fix this cause for trial unless the *defendant* shall give security for costs.

We know of no law or practice which would justify his conduct— nor has he referred us to any.

It is therefore ordered and adjudged that the judge *a quo* cause the clerk of his court to reinstate the said suit on the jury docket, and that the said case be called and fixed for trial according to law.